**MT. VERNON CAR MFG. CO. v. UNITED STATES.**
No. F–342.

Court of Claims.
April 6, 1931.

450

Russell A. McNair, of Detroit, Mich. (Goodenough, Voorhies, Long & Ryan, of Detroit, Mich., on the brief), for plaintiff.

Ralph C. Williamson, of Washington, D. C., and Charles B. Rugg, Asst. Atty. Gen., for the United States.

PER CURIAM.

The plaintiff presented the identical question involved in this case to the Board of Tax Appeals in contesting an alleged deficiency tax for the calendar year 1921. The Board of Tax Appeals in a written opinion announced October 5, 1928 (13 B. T. A. 810), granted the plaintiff's contentions and entered judgment accordingly. Thereafter the Commissioner of Internal Revenue acquiesced in the holdings of the Board of Tax Appeals. No reason has been advanced in this case why we should disturb the opinion of the Board of Tax Appeals, and judgment for the plaintiff is entered accordingly.